# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CHARLES SIMS,                       :
      Petitioner            :
                        :          **No. 3:17-cv-01647**

v.                                  :

                        :          **(Judge Rambo)**

LAWRENCE MAHALLY, <u>et</u> <u>al.</u>   :
      Respondents           :

## ORDER

**AND NOW**, on this 1st day of November 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Petitioner Charles Sims' petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254 (Doc. No. 1), is **DENIED**;

2. No certificate of appealability shall issue, as the Petitioner has failed to demonstrate "a substantial showing of the denial of a constitutional right," 28 U.S.C. § 2253(c)(2); <u>see</u> <u>also</u> <u>Miller-El v. Cockrell</u>, 537 U.S. 322, 335-36 (2003); <u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); and

3. The Clerk of Court is directed to **CLOSE** this case.

                        s/Sylvia H. Rambo
                        SYLVIA H. RAMBO
                        United States District Judge